UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:15-cr-00147 |
| | ) | Chief Judge Crenshaw |
| TERRANCE KIMBROUGH | ) | |
| Defendant. | ) | |

## ORDER

For the reason set forth in the accompanying Memorandum Opinion, Defendant Terrance Kimbrough's Second Amended Motion to Dismiss (Doc. No. 472) is **DENIED**. Said denial is **WITHOUT PREJUDICE** to Kimbrough raising an "as applied" challenge to 18 U.S.C. § 922(g)(3) at trial should the circumstances so warrant.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE